UNITED STATES of America,
Plaintiff—Appellee,

v.

Darian Terrence HARRIS, a/k/a Darion
Harris, a/k/a Damien Russell, a/k/a
Damion Russell, a/k/a Darren Jack-
son, a/k/a Russell Damior, a/k/a Mi-
chael Jones, Defendant—Appellant.

No. 03–4889.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 27, 2004.

Decided Sept. 21, 2004.

Thomas P. McNamara, Federal Public
Defender, G. Alan DuBois, Assistant Fed-
eral Public Defender, Raleigh, North Car-
olina, for Appellant. Frank D. Whitney,
United States Attorney, Christine Witcov-
er Dean, Winnie Jordan Reaves, Assistant
United States Attorneys, Raleigh, North
Carolina, for Appellee.

Before LUTTIG and SHEDD, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Darian Terrence Harris was convicted
by a jury for possession of a firearm by a
convicted felon, in violation of 18 U.S.C.
§§ 922(g)(1), 924 (2000). He received a
96–month sentence. On appeal, he chal-
lenges his conviction, arguing that the dis-
trict court erred in not allowing him to
pursue testimony from Magistrate Clifton
Brummitt that would impeach the testimo-
ny of Deputy Wade Woody, a Government
witness. This Court reviews a district
court's evidentiary rulings for abuse of
discretion. *United States v. Leftenant*,
341 F.3d 338, 342 (4th Cir.2003), *cert. de-
nied,* —— U.S. ——, 124 S.Ct. 1183, 157
L.Ed.2d 1215 (2004). Having reviewed the
material submitted in the joint appendix,
particularly the trial transcript, in light of
Harris' argument, we find no abuse of
discretion.

Accordingly, we affirm Harris' convic-
tion. We dispense with oral argument be-
cause the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED*